NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ALPS SOUTH, LLC,**
*Plaintiff-Cross Appellant,*

v.

**THE OHIO WILLOW WOOD COMPANY,**
*Defendant-Appellant.*

2013-1452, -1488, 2014-1147, -1426

Appeals from the United States District Court for the Middle District of Florida in No. 08-CV-1893, Judge Mary S. Scriven.

**ON MOTION**

**O R D E R**

Appellant moves without opposition to consolidate Appeal No. 2014-1426 with already-consolidated Appeal Nos. 2013-1452, 2013-1488, and 2014-1147. Appellant also moves to withdraw the briefs already filed in Appeal Nos. 2013-1452, 2013-1488, and 2014-1147 and to set a single briefing schedule for the consolidated appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) Appellant's and cross-appellant's principal briefs in Appeal Nos. 2013-1452, 2013-1488, and 2014-1147 are withdrawn.

(3) The briefing schedule for these consolidated appeals shall be as follows. Appellant's brief shall be due within 30 days of the date of this order. Cross-appellant shall file and serve its principal brief within 40 days after appellant's brief is served. Appellant shall serve and file its reply brief within 40 days after cross-appellant's brief is served, and cross-appellant shall serve and file its reply brief within 14 days after appellant's reply brief.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30